UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------
UNITED STATES OF AMERICA
            V                               CASE NO.10CR10108 (RWZ)
ABDULLA YUSSUF SULEIMAN              **AFFIDAVIT**
------------------------------------------------

STATE OF MASSACHUSETS
COUNTY OF _____

ABDULLA SULEIMAN, being duly sworn, deposes and says:

1. I am the defendant in the above captioned matter.

2. I am making this affidavit in response to the Violation of Probation Petition and Recommendation filed by U.S. Probation Officer Lisa Dube.

3. I admit that I violated the allegation set forth as Violation Number 1.

4. It is my sincere hope that in explaining the circumstance of my violation this Honorable Court will forgive me and allow me to travel to England to be with my wife and my 5 year old daughter.

5. After I received permission from the Probation Officer and the Court to travel to England, I purchased a round trip ticket. I was scheduled to leave on October 10, 2012. I provided all the required information to Ms. Dube.

6. After I had made travel plans for my trip to England, I spoke with my cousin Maulana Maulana who lives in Toronto, Canada.

7. Maulana is my cousin and we grew up together in Tanzania. I am very close to him and his family.

8. Although we have kept in telephone contact, I had not seen Maulana for about 15 years.

9. When I telephoned Maulana to tell him that I was finally going to be able to go to England to see my wife and daughter, he told me that his wife had recently arrived from Tanzania.

10. He also told me that he and his younger sister who also lives in Toronto, Canada had a gift for my daughter.

11. Since I was leaving for England and I did not know when I might be able to see Maulana and his family, I told him I would go to Canada before I left.

12. On October 5, 2012, I took a bus from Massachusetts to visit Maulana and his family in Canada.

13. I did not think that since I had already received permission to leave Massachusetts to travel, I needed to get separate permission to travel to Canada.

14. If I had realized that I was supposed to get separate permission to see Maulana, I would have done so. **AFTER WAITING SO LONG TO SEE MY WIFE AND DAUGHTER, I WOULD NOT HAVE DONE ANYTHING TO RISK LOSING MY PERMISSION TO SEE THEM.**

15. I beg the Court to please forgive me and please allow me to travel to England to be with my wife and child especially with Christmas holidays coming.

Sworn to before me
this    day of November, 2012            _____
                                         ABDULLA SULEIMAN

On this __ day of _Nov_ . 20__ before me appeared __Abdulla Y. Suleiman__ proved to me through satisfactory evidence of identification, which was/were _Drivers Lic_ to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose

ANA M. VAQUERANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires September 8, 2017

AFFIDAVIT ON BEHALF

ABDULLA YUSSUF SULEIMAN

MAULANA MAULANA, being duly sworn deposes and says:

1. I am the cousin of ABDULLA YUSSUF SULEIMAN. I am making this affidavit to explain the circumstances regarding his plan to visit my family and me in Canada on October 5, 2012.

2. SULEIMAN and I grew up together in Tanzania. He is my cousin. He and I and our families are very close.

3. After we both left Tanzania, SULEIMAN and I stayed in contact but we had not seen each other for about 15 years.

4. When SULEIMAN telephoned me to say that he had finally received permission to go to England to be with his wife and daughter, I was very happy for him.

5. I told him that I had a gift for his daughter and that my younger sister, my wife (who had come to Canada in September, 2012) and I would very much like to see him before he leaves.

6. SULEIMAN knows my wife from Tanzania and was always very good friends with my younger sister.

7. SULEIMAN said that he would see us before he left for England because he did not know when he might have an opportunity again.

8. I know that SULEIMAN travelled by bus to Canada on October 5, 2012 but was not allowed to enter.

9. I KNOW that SULEIMAN would not intentionally do anything wrong that could cause him to lose the chance to be with his wife and daughter.

Sworn to before me

this    day of November,2012

MAULANA MAULANA